IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:07CR647 |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | OPPOSITION OF THE UNITED |
| | ) | STATES TO DEFENDANT |
| ZUBAIR AHMED, | ) | ZUBAIR AHMED'S MOTION |
| | ) | TO MODIFY CONDITIONS OF |
| Defendant. | ) | RELEASE |

    Now comes the United States of America, by and through its undersigned counsel, Steven M. Dettelbach, United States Attorney for the Northern District of Ohio, Assistant United States Attorneys Thomas E. Getz, Justin E. Herdman, and Gregg N. Sofer, and Department of Justice Trial Attorney Jerome J. Teresinski, and respectfully requests that this Honorable Court deny, for the reasons set forth herein, Defendant Zubair Ahmed's Motion to Modify Conditions of Release.

    Put quite simply, the defendant has raised no compelling issue or change in circumstances that would justify any modification to his current conditions of release. In fact, the only relevant change in circumstances – the defendant's conviction of a terrorism crime – weighs significantly against his release *under any conditions*, let alone under the relatively slight restrictions currently imposed upon him.

    Over the government's vigorous objection, the defendant has been released on condition of bond and electronic monitoring throughout the pendency of this case. Since then, the defendant has pled guilty to a terrorism crime – conspiring to provide material support to terrorists – and has admitted, under oath, to facts indicating that he traveled overseas with the

intent of ultimately engaging in hostile, violent actions against members of the U.S. military serving in Afghanistan. That the defendant has not yet violated his conditions of release is not, by itself, a fact that should result in a reward by further loosening those restrictions. To the contrary, the defendant's compliance with the conditions of bond is, if anything, a testament to the efficacy of the very restrictions imposed by this Court.

Despite the defendant's upcoming marriage and apparent desire to start a family, the unavoidable consequence of his conviction is that he will face a substantial period of imprisonment following imposition of sentence by this Court. This factor alone weighs against any modification of the previously-imposed conditions of release.

Wherefore, for the reasons cited above, the defendant's motion should be denied by this Court in its entirety.

                                                        Respectfully submitted,

                                                        STEVEN M. DETTELBACH  
                                                        United States Attorney

By:    /s/ Thomas E. Getz  
         Thomas E. Getz  
         Assistant United States Attorney  
         Reg. No. 0039786  
         400 United States Courthouse  
         801 West Superior Avenue  
         Cleveland, Ohio  44113  
         Tel. No.:  (216) 622-3840  
         Fax No.:  (216) 685-2378  
         Email:  thomas.getz@usdoj.gov

By:    /s/ Justin E. Herdman  
         Justin E. Herdman  
         Assistant United States Attorney  
         Reg. No. 0080418  
         400 United States Courthouse  
         801 West Superior Avenue  
         Cleveland, Ohio  44113  
         Tel. No.:  (216) 622-3965  
         Fax No.:  (216) 685-2378  
         Email:  justin.herdman@usdoj.gov

By:    /s/ Gregg N. Sofer  
         Gregg N. Sofer  
         Assistant United States Attorney  
         Reg. No. 106209 (NY)  
         816 Congress Avenue, Frost Bank Plaza  
         Austin, Texas 78701  
         Tel. No.:  (512) 916-5858  
         Fax No.:  (512) 916-5854  
         Email: gregg.sofer@usdoj.gov

          By:    <u>/s/Jerome J. Teresinski</u>
                Jerome J. Teresinski
                Trial Attorney
                Registration No. 66235 (PA)
                U.S. Department of Justice
                Counterterrorism Section
                10th & Constitution Avenue, N.W.
                Washington, DC  20530
                Telephone: (202) 514-7146
                Facsimile:  (202) 514-8714
                E-mail: jerome.teresinski@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that on the 16th day of November, 2009, a copy of the foregoing Government's Opposition to Defendant Zubair Ahmed's Motion to Modify Conditions of Release was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/ Justin E. Herdman
Justin E. Herdman
Assistant United States Attorney